**SEYFARTH SHAW LLP**
Laura Wilson Shelby (SBN 151870)
lshelby@seyfarth.com
Candice Zee (SBN 227453)
czee@seyfarth.com
Pantea Lili Ahmadi (SBN 265124)
pahmadi@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, CA 90067-3021
Telephone:  (310) 277-7200
Facsimile:   (310) 201-5219

Attorneys for Defendant AECOM
TECHNOLOGY CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN LEROY SMILEY,<br><br>    Plaintiff,<br><br>v.<br><br>AECOM TECHNOLOGY CORPORATION, *et al.*,<br><br>    Defendants. | Case No. No. 2:16-cv-1419 JAK (AFMx)<br><br>[Hon. John A. Kronstadt]<br><br>**STIPULATION TO CONFIRM DEADLINE FOR DEFENDANT AECOM TECHNOLOGY CORPORATION TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff Herman Leroy Smiley ("Plaintiff") and Defendant AECOM Technology Corporation ("Defendant"), by and through their respective counsel of record, hereby agree and stipulate as follows:

1.    WHEREAS, Plaintiff filed his Complaint on March 1, 2016, in the Central District of California (Dkt. No. 1).

2.    WHEREAS, the Parties are still investigating whether Defendant is the proper entity to be served with the Complaint.

1

STIPULATION FOR AN EXTENSION OF TIME FOR
DEFENDANT AECOM TECHNOLOGY CORPORATION TO RESPOND TO COMPLAINT

27545089v.2

3. WHEREAS, Plaintiff sent to Defendant a Notice and Acknowledgment of Receipt of Summons and Complaint.

4. WHEREAS, Defendant has agreed to sign the Notice and Acknowledgement of Receipt of Summons and Complaint (the "Notice").

5. WHEREAS the Parties agree that good cause exists for Defendant to have 21 days from its execution of the Notice to respond to the Complaint pursuant to Rule 12(a) of the Federal Rules of Civil Procedure.

NOW THEREFORE, IT IS HEREBY STIPULATED, SUBJECT TO THE COURT'S PERMITTING AND ORDERING THE SAME, THAT:

1. The deadline for Defendant to respond to Plaintiff's Complaint will be June 30, 2016.

IT IS SO STIPULATED:

DATED: June 10, 2016          **SEYFARTH SHAW LLP**

By: */s/ Pantea Lili Ahmadi*
Laura Wilson Shelby
Candice Zee
Pantea Lili Ahmadi

*Attorneys for Defendant AECOM TECHNOLOGY CORPORATION*

DATED: June 10, 2016          **THE TATAR LAW FIRM APC**

By: */s/ Stephanie R. Tatar*
Stephanie R. Tatar

*Attorneys for Plaintiff HERMAN LEROY SMILEY*

2

STIPULATION FOR AN EXTENSION OF TIME FOR
DEFENDANT AECOM TECHNOLOGY CORPORATION TO RESPOND TO COMPLAINT

27545089v.2

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Stephanie R. Tatar, and that I obtained authorization from her to affix her signature to this document.

Dated: June 10, 2016      **SEYFARTH SHAW LLP**

By:/s/ _Pantea Lili Ahmadi_____
Pantea Lili Ahmadi