UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV16-01419 JAK (AFMx) | Date | October 31, 2016 |
| Title | Herman Leory Smiley, Sr. v. AECOM Technology Corporation, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Alex Joko |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Stephanie R. Tatar (via teleconference) | Drew D. Helms |
| | Pantea L. Ahmadi (via teleconference) |

**Proceedings:**      **SCHEDULING CONFERENCE**

The scheduling conference is held. The Court confers with counsel regarding the status of the case and the parties' October 25, 2016 Joint Report and sets the following deadlines:

| | |
|---|---|
| November 14, 2016: | Last day to file dismissal as to Defendant AECOM Technology Corporation |
| November 30, 2016: | Last day to amend or add parties |
| May 1, 2017: | Non-Expert Discovery Cut-Off |
| May 15, 2017: | Initial Expert Disclosures |
| May 15, 2017: | Last day to participate in a settlement conference/mediation |
| May 19, 2017: | Last day to file notice of settlement / joint report re settlement |
| May 26, 2017: | Rebuttal Expert Disclosures |
| June 5, 2017 at 1:30 p.m.: | Post Mediation Status Conference |
| June 12, 2017: | Last day to file motions *(including discovery motions)* |
| June 16, 2017: | Expert Discovery Cut-Off |
| September 11, 2017: | Last day to hear motions *(including discovery motions)* |
| October 2, 2017: | Anticipated ruling on all motions |
| October 16, 2017: | Last day to file all pretrial documents |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV16-01419 JAK (AFMx) | Date | October 31, 2016 |
|---|---|---|---|
| Title | Herman Leory Smiley, Sr. v. AECOM Technology Corporation, et al. | | |

| | |
|---|---|
| October 30, 2017 at 3:00 p.m.: | Final Pretrial Conference, Status Conference re Disputed Exhibits, and Hearing on Motions in Limine |
| November 14, 2017 at 9:00 a.m.: | Jury Trial (est. tbd days) |

The Court grants the parties' request to participate in a settlement conference with a member of the ADR Panel. The parties are ordered to have a representative with authority to make final decisions as to this matter present at the settlement conference. If a settlement is reached, the parties are ordered to file a notice of settlement, with a proposed date by which the matter will be dismissed. No appearance will be required on June 5, 2017, if such notice is filed on or before May 19, 2017. If a notice of settlement is not filed, counsel shall file a joint report by May 19, 2017, regarding the status of settlement and whether a second session would be productive. The joint report shall not disclose the substantive contents of any settlement communications between the parties.

Counsel for all parties shall comply with this Court's standing orders with respect to documents to be prepared and filed in connection with the Final Pretrial Conference. Dkt. 11.

**IT IS SO ORDERED.**

|  | : | 11 |
|---|---|---|
| Initials of Preparer | ak | |